# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/3/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CV 04-00157SOM-BMK

CASE NAME:        Anthony Nesbit v. HCF Dental Dept., et al.

ATTYS FOR PLA:    Anthony Nesbit by phone

ATTYS FOR DEFT:   John Cregor, Jr.

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | No Record |
| DATE: | 1/3/2006 | TIME: | 9:05 - 9:12 |

COURT ACTION:  EP: Final Pretrial Conference held. Status Conference Following Defendant's Motion for Leave to File Motion for Reconsideration is set for 1-17-06 @ noon.

Submitted by Richlyn Young, Courtroom Manager