IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ANTHONY NESBIT, | ) | CIV. NO. 04-00157 SOM/BMK |
| | ) | |
| Plaintiff, | ) | ORDER REGARDING |
| | ) | ELECTRONIC FILING DEADLINE |
| vs. | ) | WITH RESPECT TO MOTIONS |
| | ) | CURRENTLY SET BEFORE THIS |
| HCF DENTAL DEPARTMENT, et | ) | COURT |
| al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER REGARDING ELECTRONIC FILING DEADLINE WITH
<u>RESPECT TO MOTIONS CURRENTLY SET BEFORE THIS COURT</u>

With respect to any motion currently set before this court in the above

entitled action(s), the parties may electronically file related documents until 11:59

p.m. on the date due.  In other words, the parties need not follow the 4:00 p.m.

deadline set forth in section 3.4 of the General Order Adopting Electronic Case

Filing Procedures (Oct. 20, 2005).

DATED: Honolulu, Hawaii; January 6, 2006.



_____
Susan Oki Mollway
United States District Judge