**ORIGINAL**

| | |
|---|---|
| MARK J. BENNETT | 2672 |
| Attorney General of Hawaii | |
| | |
| CINDY S. INOUYE | 3968 |
| JOHN M. CREGOR, JR. | 3521 |
| Deputy Attorneys General | |

Department of the Attorney
  General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Telephone: (808) 586-1494
Facsimile: (808) 586-1369
Email: John.M.Cregor@hawaii.gov

Attorney for Defendants
HCF DENTAL DEPARTMENT,
JOHN PEYTON, FRANK LOPEZ,
WESLEY MUN, DEBORAH STAMPFLE,
HAWAII DEPT. OF PUBLIC SAFETY,
and JAMES PROPOTNICK

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 6 2006

at ___ o'clock and ___ min. ___M
SUE BEITIA, CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANTHONY NESBIT,<br><br>Plaintiff,<br><br>vs.<br><br>HCF DENTAL DEPARTMENT; JOHN PEYTON; FRANK LOPEZ; KAY BAUMAN; WESLEY MUN; JUNE TAVARES; DEBORAH STAMPFLE; STATE OF HAWAII DEPT. OF PUBLIC SAFETY; JAMES PROPOTNICK; DOE DEFENDANTS 1-10,<br><br>Defendants. | CIVIL NO: 04-00157 SOM-BMK<br><br>**DEFENDANTS JUNE TAVARES and DEBORAH STAMPFLE'S REPLY MEMORANDUM IN SUPPORT OF DEFENDANTS' JUNE TAVARES and DEBORAH STAMPFLE'S MOTION FOR RECONSIDERATION; CERTIFICATE OF SERVICE**<br><br>Hearing<br>Date: January 17, 2006<br>Time: 11:15 a.m.<br>The Honorable Susan Oki Mollway |

172899_1.DOC                     **ORIGINAL**

**DEFENDANTS JUNE TAVARES and DEBORAH STAMPFLE'S REPLY MEMORANDUM IN SUPPORT OF DEFENDANTS' JUNE TAVARES and DEBORAH STAMPFLE'S MOTION FOR RECONSIDERATION**

Plaintiff's Memorandum in Opposition to this Motion, filed December 6, 2005 suggests that Defendants have been less than forthright with this court. Upon review of our September 2, 2005 Supplemental Briefing, as ordered by this court on July 18, 2005, Defendants see how it could have been misleading. One could conclude that by filing copies of policies COR.10A.16 and COR.10D.34, Defendants were representing that Plaintiff would have been entitled to a payment plan, fronted by the State, for the dental work that he desired, when in fact only prostheses necessary to restore a vital body function are eligible for the payment plan. In the case of dental prostheses eligibility is usually limited to dentures (full mouth, or full upper or full lower) to restore the inmate's ability to chew food. It could be that some other device would qualify if the inmate's ability to eat were seriously compromised and could be restored by the prosthesis. In the case at bar, when Defendants Stampfile and Tavares acted upon Plaintiff's grievance they were aware that he had been examined by a licensed dentist, had rejected the treatment offered, denied pain and expressed his desire to defer any further dental action until his transfer to the contract facility in Mississippi where he could receive the treatment of his choice. Plaintiff's expressed choice was not medically contraindicated; therefore, he did not need a prosthesis to eat or otherwise maintain necessary bodily function. What Plaintiff would like this court to rule is that he should be entitled to a payment plan, fronted by the State, to receive elective treatment, beyond that which was necessary for

172899_1.DOC

2

his daily functioning and beyond the treatment offered free by the State. The Eighth Amendment simply does not require that of the State.

DATED: Honolulu, Hawaii, January 6, 2006.

STATE OF HAWAI'I

MARK J. BENNET
Attorney General
State of Hawaii

*/s/ John M. Cregor*

JOHN M. CREGOR
CINDY S. INOUYE
Deputy Attorneys General

Attorney for Defendants
JUNE TAVARES and DEBORAH STAMPFLE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANTHONY NESBIT,<br><br>　　　　　Plaintiff,<br>vs.<br><br>HCF DENTAL DEPARTMENT; JOHN PEYTON; FRANK LOPEZ; KAY BAUMAN; WESLEY MUN; DEBORAH STAMPFLE; STATE OF HAWAII DEPT. OF PUBLIC SAFETY; JAMES PROPOTNICK; DOE DEFENDANTS 1-10,<br><br>　　　　　Defendants. | CIVIL NO: 04-00157 SOM-BMK<br><br>**CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 6, 2006, a copy of the foregoing document was served on the following parties at their last known address via U.S. Mail, postage prepaid:

>　Anthony Nesbit #A0701329
>　HSNF B2
>　99-902 Moanalua Hwy.
>　Aiea, Hawaii 96701
>　　Plaintiff Pro Se
>
>　April Luria, Esq.
>　Roeca Louie & Hiraoka
>　841 Bishop Street, Ste. 900
>　Honolulu Hi 96813
>　　Attorney for Defendant
>　　Kay Bauman

172899_1.DOC

DATED:   Honolulu, Hawaii, January 6, 2006.

_____
JOHN M CREGOR, JR.
Deputy Attorney General

Attorney for Defendants
JUNE TAVARES and DEBORAH STAMPFLE

172899_1.DOC