# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/17/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CV 04-00157SOM-BMK
CASE NAME:       ANTHONY NESBIT VS. HCF DENTAL DEPT., ET AL.

ATTYS FOR PLA:
ATTYS FOR DEFT:
INTERPRETER:

JUDGE:    Barry M. Kurren          REPORTER:

DATE:     1/17/2006                TIME:

COURT ACTION:  EO: New trial date of 6/6/06 set by Judge Susan O. Mollway.  Court to prepare an amended scheduling order.

1. Jury trial on June 6, 2006 at 9:00 a.m. before SOM
2. Final Pretrial Conference on April 25, 2006 at 9:00 a.m. before BMK
3.
4. Final Pretrial Statement by April 18, 2006
5.
6.
7.
8a. File Motions in Limine by May 16, 2006
8b. File opposition memo to a Motion in Limine by May 23, 2006
11a.
11b.
12.
13.
14.
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by May 23, 2006
21. File Final witness list by May 16, 2006
24. Exchange Exhibit and Demonstrative aids by May 9, 2006
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by May 16, 2006
26. File objections to the Exhibits by May 23, 2006

28a.   File Deposition Excerpt Designations by May 16, 2006
28b.   File Deposition Counter Designations and Objections by May 23, 2006
29.    File Trial Brief by May 23, 2006
30.


cc: Tammy Kimura


Submitted by Richlyn Young, Courtroom Manager


CV 04-00157SOM-BMK
ANTHONY NESBIT VS. HCF DENTAL DEPT., ET AL.

;
;
Rule 16 Scheduling Conference Minutes
1/17/2006