# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| ANTHONY NESBIT, | CIVIL NO: 04-00157 SOM-BMK |
|---|---|
| Plaintiff, | DECLARATION OF WESLEY MUN |
| vs. | |
| HCF DENTAL DEPARTMENT; JOHN PEYTON; FRANK LOPEZ; KAY BAUMAN; WESLEY MUN; JUNE TAVARES; DEBORAH STAMPFLE; STATE OF HAWAII DEPT. OF PUBLIC SAFETY; JAMES PROPOTNICK; DOE DEFENDANTS 1-10, | |
| Defendants. | |

## DECLARATION OF WESLEY MUN

Wesley Mun under penalty of perjury states and declares as follows:

1. I am Wesley Mun, the Corrections Health Care Administrator.

2. I have been employed by the State of Hawaii, Department of Public Safety since May 1999.

3. My office is located at 919 Ala Moana Blvd, Honolulu, HI, 96814, in the headquarters of the Department of Public Safety.

4. The department's Health Care Division policy and procedures require that inmate medical requests be retrieved daily and triaged within 24 hours. The nurse who retrieves the requests from the housing units is

responsible for distribution to the various medical units (mental health, dental, medical records and clinical services.).

5.  The dental assistant or a clerk is responsible for triage and scheduling of medical request. The facility Clinical Section Administrator assigns this task. Triage is described in the policy as, "The sorting and classification of a patient's health complaints to determine priority of need and proper level of health care."

6.  By policy, the Clinical Section Administrator implements one of four methods allowed for inmate access to health services, and is responsible to ensure staff performance and compliance with the procedures.

7.  Branch Administrators Tavares and Stampfle would not have been aware of poor performance by staff at the facility Section level until August 2003 when the inmate's grievance reached the second and third steps (headquarters).

8.  According to Department policy, COR.10D.34, Prostheses, prosthetics are medically necessary to replace missing body parts or to compensate for defective physical function. The prosthetic is determined to be necessary by the treating physician or dentist. An indigent patient who requires a medically necessary prosthetic would qualify for a payment plan.

9. Full dentures are medically necessary. According to dental records, Mr. Anthony Nesbit did not require full dentures, and therefore did not qualify for the payment plan.

Further Declarant sayeth naught.

DATED: 11/23/05 .

_____
WESLEY MUN