IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANTHONY NESBIT,<br><br>    Plaintiff,<br>vs.<br><br>HCF DENTAL DEPARTMENT; JOHN PEYTON; FRANK LOPEZ; KAY BAUMAN; WESLEY MUN; DEBORAH STAMPFLE; STATE OF HAWAII DEPT. OF PUBLIC SAFETY; JAMES PROPOTNICK; DOE DEFENDANTS 1-10,<br><br>    Defendants. | CIVIL NO: 04-00157 SOM-BMK<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 17, 2006, a copy of the foregoing document was served on the following parties at their last known address via U.S. Mail, postage prepaid:

>Anthony Nesbit #A0701329
>CCA/Tallahatchie Correctional Center
>295 US Highway 49 South
>P.O. Box 388
>Tutwiler, MS 38963
>
>Plaintiff Pro Se

April Luria, Esq.
Roeca Louie & Hiraoka
841 Bishop Street, Ste. 900
Honolulu Hi 96813

Attorney for Defendant
Kay Bauman

DATED:   Honolulu, Hawaii, January 17, 2006.

_____
JOHN M CREGOR, JR.
Deputy Attorney General

Attorney for Defendants
HCF DENTAL DEPARTMENT, JOHN
PEYTON, FRANK LOPEZ, WESLEY
MUN, DEBORAH STAMPFLE, HAWAII
DEPT. OF PUBLIC SAFETY, and JAMES
PROPOTNICK