IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANTHONY NESBIT, | ) CIVIL NO. 04-00157 SOM-BMK |
| | ) |
| Plaintiff, | ) ORDER DENYING MOTION TO COMPEL |
| | ) DISCOVERY |
| vs. | ) |
| | ) |
| HCF DENTAL DEPARTMENT, et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

### ORDER DENYING MOTION TO COMPEL DISCOVERY

*Pro se* Plaintiff Anthony Nesbit seeks production of all Halawa Correctional Facility ("HCF") inmates' grievances relating to the alleged denial or delay of dental care. Nesbit argues that these documents will prove that there is "a pattern of deliberate indifference to adequate timely dental care" at HCF. Nesbit does not limit the dates of these requested documents, apparently seeking *all* HCF inmate dental grievances.

Nesbit's request is not reasonably calculated to lead to the discovery of admissible evidence. See Fed. R. Civ. P. 26; see also Hickman v. Taylor, 329 U.S. 495 (1947). The district court has already held that the HCF dental policy is constitutional. The issues remaining are whether that policy was constitutional as applied to Nesbit and who is responsible for the alleged delay in dental care. Discovery of other inmate's grievances over their own alleged problems with the HCF dental policy will not

produce such evidence.  Moreover, Nesbit's request is vague, ambiguous, overly broad, very likely privileged, and burdensome. Accordingly, Nesbit's Motion to Compel Production of Documents is **DENIED**.

    IT IS SO ORDERED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: February 7, 2006

Nesbit v. HCF Dental Dep't., et al., Civ. No. 04-00157 SOM-BMK; Order Denying Motion to Compel Discovery; dmp/non-disp orders 06/Nesbit 04-157 m to comp. disc.