# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/13/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CV 04-0157SOM-BMK

CASE NAME:       Anthony Nesbit vs. HCF Dental Dept., et al.

ATTYS FOR PLA:   Anthony Nebit (by phone)

ATTYS FOR DEFT:  John Cregor
                 Tom Read

INTERPRETER:

JUDGE:   Susan Oki Mollway          REPORTER:   Sharon Ross

DATE:    2/13/2006                  TIME:       10:30 - 10:40

COURT ACTION: EP: Defendants' June Tavares and Deborah Stampfle's Motion for Reconsideration -

Arguments.

Defendants' June Tavares and Deborah Stampfle's Motion for Reconsideration - Granted.

Court to prepare a written order.

Submitted by: Toni Fujinaga, Courtroom Manager.