AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| Anthony Nesbit | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CV 04-00157SOM-BMK |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| HCF Dental Department, et al. | February 14, 2006 |
| | At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |
| Defendant(s). | |

[ ]   **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court**.  This action came for hearing before the Court.  The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment be entered in favor of the Defendants and against the Plaintiff pursuant to the "Order Granting Motion for Reconsideration" issued by Judge Susan O. Mollway on February 14, 2006.

_____February 14, 2006_____         _____SUE BEITIA_____
Date                                                                                          Clerk

                                                                                    _____*/s/ Bernadette Aurio*_____
                                                                                    (By) Deputy Clerk