## UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

**SUE BEITIA**
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

February 14, 2006

TO ALL COUNSEL

    Re:    CV 04-00157SOM-BMK
             Anthony Nesbit vs. HCF Dental Department, et al.

Dear Sir,

    Please be advised that pursuant to Rule 77, FRCP, notice is hereby given that judgment was entered on February 14, 2006.

                      Sincerely Yours,

                      SUE BEITIA, CLERK

                      by:*/s/ Bernadette Aurio*
                          Deputy Clerk

cc: all counsel