Anthony Nesbit
TALLAHATCHIE
295 US Highway 49 South
Tutwiler, MS 38963-6900

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANTHONY NESBIT,<br><br>　　　　Plaintiff,<br>vs.<br><br>HCF DENTAL DEPARTMENT; JOHN PEYTON; FRANK LOPEZ; KAY BAUMAN; WESLEY MUN; JUNE TAVARES; DEBORAH STAMPFLE; STATE OF HAWAII DEPT. OF PUBLIC SAFETY; JAMES PROPOTNICK; DOE DEFENDANTS 1-10,<br><br>　　　　Defendants. | CIVIL NO: 04-00157 SOM-BMK<br><br>Plaintiff Anthony Nesbit's Notice of Appeal<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>FEB 27 2006<br><br>at 4 o'clock and 20 min. PM<br>SUE BEITIA, CLERK |

## Plaintiff's Anthony Nesbit's Notice of Appeal

Comes Now Plaintiff Anthony Nesbit with Notice of Appeal. Plaintiff is Pro Se and in forma pauperis and wishes to appeal the Honorable Judges final Judgement in Civil Case 04-00157 and all other final Judgements in CIV-04-00157.

Final Judgement in this Civil Complaint came on Feb 13th 2006. Plaintiffs proof of indigent status is attached herein and wishes to proceed in this appeal under in forma pauperis and pro se.

Respectfully Submitted

Date 2/20/2006

Anthony Nesbit
Plaintiff pro se

Anthony Nesbit