**Alerts:**

| Field | Value |
|---|---|
| Name | NESBIT, ANTHONY |
| Section | E |
| Block | 01 |
| Cell | 202 |
| Bed | A |
| Location | TCCF |
| Birth | 01/12/1952 |
| Sex | M |
| Race | H |
| Admt Release | 00/00/0000 |
| Type | |
| SS# | 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 |
| Agency ID# | A0701329 |
| Permanent# | 213598 |
| Booked Date | 06/23/2004 |
| Classification | MODERATE |

### Current Account Information

| | |
|---|---|
| Current Balance | 27.66 |
| Escrow Balance | .00 |
| Restricted Commissary Purchase Amount | .00 |

### Cost Recovery Balances

| | |
|---|---|
| CCA RESTITUTION | .00 |
| MEDICAL VISIT CO-PAYMENT | .00 |
| AGENCY FINES | .00 |
| MISC COST RECOVERY | .00 |
| | .00 |
| | .00 |
| | .00 |
| | .00 |
| | .00 |

### Exemptions and Credits

Inmate Account Balance Cannot Go Below This Amount: .00

Buttons: Add | Delete | Undelete | Print | Search | Next | Recompute Current Balance | Save | Abort

Tabs: Booking | Account | Alias | Mail Log | Social | Transacti...

Print Screen...

Server Agent