In the United States District Court
For the District of Hawaii

Anthony Nesbit
   Plaintiff
vs.
H.C.F. Dental Dept
et. al.
   Defendants

Cw. No. 04-00157 SOM-BMK

Certificate of Service

## Certificate of Service

I hereby Certify that a true and Correct Copy of the foregoing document was duly served via U.S. Mail postage prepaid to the following at their last known address.

Dept of Attorney General
John M. Cregor Jr
425 Queen Street
Honolulu, Hawaii 96813

Date 2/20/2006

Anthony Nesbit
Plaintiff pro se

Anthony Nesbit - A0701329