

FEB 24 2006 USPS

United States District Court
300 Ala Moana Blvd
Honolulu, Hawaii
96850-0338

Anthony Nesbit
C.F. 6-1
Hwy 49 South
Parker, MS 38963