# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I. **SHORT CASE TITLE:** NESBIT vs. HCF DENTAL DEPARTMENT, ET AL.,

    **U.S. COURT OF APPEALS DOCKET NUMBER:** 06-15549

    **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

    **U.S. DISTRICT COURT DOCKET NUMBER:** CIVIL 04-00157SOM-BMK

II. **DATE NOTICE OF APPEAL FILED:** 02/27/06

III. **U.S. COURT OF APPEALS PAYMENT STATUS:**

    DOCKET FEE PAID ON:    AMOUNT:

    NOT PAID YET: ✓    BILLED:

    U.S. GOVERNMENT APPEAL:    FEE WAIVED:

    WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?

    IF YES, SHOW DATE:    & ATTACH COPY OF ORDER/CJA

    WAS F.P. STATUS REVOKED:    DATE:

    WAS F.P. STATUS LIMITED IN SOME FASHION?

    IF YES, EXPLAIN:

IV. **COMPANION CASES, IF ANY:**

V. **COMPLETED IN THE U.S. DISTRICT COURT BY:**

    Laila M. Geronimo

*RECEIVED CLERK, U.S. DISTRICT COURT APR 05 2006 DISTRICT OF HAWAII*

---

AMENDED NOTIFICATION _____ PAID _____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)