**FILED**

UNITED STATES COURT OF APPEALS

**JUN 07 2006**

FOR THE NINTH CIRCUIT

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

---

ANTHONY NESBIT,

              Plaintiff - Appellant,

    v.

HFC DENTAL DEPARTMENT; et al.,

              Defendants - Appellees.

No. 06-15549

D.C. No. CV-04-00157-SOM
District of Hawaii,
Honolulu

ORDER

---

    Appellant Anthony Nesbit, prison identification number A0701329, has

been granted leave to proceed in forma pauperis in this appeal and has completed

and filed the required authorization form directing the appropriate prison officials

to assess, collect, and forward to the district court the filing and docketing fees for

this appeal pursuant to 28 U.S.C. § 1915(b)(1) and (2).  This court hereby assesses

an initial filing fee of 20 percent of the greater of (A) the average monthly deposits

to the prisoner's account; or (B) the average monthly balance in the prisoner's

account for the six-month period immediately preceding the filing of the February

17, 2006 notice of appeal.

    The Clerk shall serve this order and appellant's completed authorization

form on the Attorney General for the State of Mississippi, P.O. Box 220, Jackson,

MS 37205-0220, Attention: Jim Hood, who shall notify the appropriate agency or

**RECEIVED**
CLERK, U.S. DISTRICT COURT
JUN 0 9 2006
DISTRICT OF HAWAII

06-15549

prison authority responsible for calculating, collecting, and forwarding the initial

payment assessed in this order and for assessing, collecting, and forwarding the

remaining monthly payments of the fee to the district court for this appeal. *See* 28

U.S.C. § 1915(b)(2). Each payment should be accompanied by the district court

and appellate docket numbers for this appeal and a record of previous payments

made for this appeal.

The Clerk shall also serve a copy of this order on the clerk and the financial

unit of the district court.

For the Court:

CATHY A. CATTERSON
Clerk of the Court

Jo Ann Coxey, Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

R E C E I V E D
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

## PRISONER AUTHORIZATION FORM

MAY 2 2 2006

FILED_____
DOCKETED_____
DATE                INITIAL

I, _Anthony Nesbit_, am the appellant in _Nesbit v. HFC Dental Dept, et al_,

docket number _06-15549_.

I understand that I am required by statute to pay the full amount of the $255

docketing and filing fees for this appeal, regardless of my forma pauperis status,

and regardless of the disposition of this appeal. I hereby authorize the prison

officials at this institution to assess, collect, and forward to the district court the

full amount of these fees, in monthly increments based on 20 percent of the

average of deposits to or balance in my prison trust account. I understand that I

am not responsible for payment when there are no deposits or funds in my trust

account, but that payments will resume when such deposits are made or funds are

otherwise available.

NAME        _Anthony Nesbit_

SIGNATURE   _Anthony Nesbit_

DOCKET NO.  _06-15549_

PRISONER I.D. NO.  _~~#1329~~ A0701329_

PRISON FACILITY   _Tallahatchie County Correctional Facility_

ADDRESS   _295 Hwy 49 South_

_Tutwiler, Ms 38963_

DATE   _May 15, 2006_

**PRO SE**

MAY 2 3 2006

INITIAL _____

OTD

PRO SE UNIT