# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| Receipt | 239779 |
|---|---|
| Trans | 145985 |

Received From: **ANTHONY NESBIT**
Case Number:
Reference Number:  CV 04-157 SOM

|  | Check | 34.10 |
|---|---|---|
|  | Total | 34.10 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 34.10 |
|  |  | **Total** | **34.10** |
|  |  | Tend | 34.10 |
|  |  | Due | 0.00 |

06/08/2007 12:57:16 PM     Deputy Clerk: lg/VC