AO83

# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

Receipt    **240209**

Trans    146545

Received From:   **ANTHONY NESBIT**
Case Number:
Reference Number:   **CV 04-157SOM**

|  | Amount |
|---|---|
| Check | 30.29 |
| Total | 30.29 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 30.29 |
|  |  | **Total** | **30.29** |
|  |  | Tend | 30.29 |
|  |  | Due | 0.00 |

07/16/2007 12:25:29 PM    Deputy Clerk:  bb/DT