# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| Receipt | 240636 |
|---|---|
| Trans | 147102 |

Received From:   **ANTHONY NESBIT**
Case Number:
Reference Number:   CV 04-157SOM

|  | Check | 16.77 |
|---|---|---|
|  | Total | 16.77 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 16.77 |
|  | **Total** | | **16.77** |
|  | Tend | | 16.77 |
|  | Due | | 0.00 |

08/21/2007 01:32:46 PM      Deputy Clerk:  bb/DT      _____