CORRESPONDENCE

CV 04-00157 SOM-BMK
CV 03-00455 SOM-KSC

U.S. District Court
For the District of Hawaii
Court Clerk

8/20/07

Re:   CV 04-00157 SOM-BMK

RECEIVED
CLERK U.S. DISTRICT COURT
AUG 23 2007
DISTRICT OF HAWAII

Dear Clerk,

I am still being billed for the filing fee $150.00 in Case 04-00157 when this fee has already been paid.

I also paid the full filing fee in Case 03-00455 (in full) when the Honorable Magistrate Kevin Chang issue a directive in 2003 ordering payment from my account at Halawa Correctional Business office at which time Halawa Correctional Facility paid this in full. or it was paid in 2 payments of this I am unsure but it was paid in full.

My suggestion is that in order to verify that I paid this 03-00455 in full is if you could phone the Business office at Halawa Correctional facility and request my account ledger for the year 2003 and 2004 or have them check on

page 2

these checks that were issued or any other means to ascertain my assertion that all filing fees have been paid years ago.

To begin with the U.S. District Court began collection of fees for 04-00157, when I inquired about this that the payment in that case was paid the clerks office sent me a record of that payment made in full so it was a mistake on the part of the U.S. District Court in the begining to collect on a fee that had already been paid.

Then the Clerks office suggest I use money from that payment of which I already paid to pay for the filing fee in 03-00455 when in fact that filing fee was paid in full before 04-00157.

Point on this is that all filing fees are paid up and paid in full. I have tryed to obtain the account ledgers to prove to the U.S. District Court that payment in full was paid for 03-00455 However the Bussiness office at Halawa Facility will not respond to my written request for copys of the account ledgers for 2003-2004

which if I could show the Honorable Court would prove my assertion that all filing fees have been paid in full.

Now I have written the Court Clerks office asking for the return of payment for 04-00157. Those payments to date and collected within the last 6 months total about $130.00 I would like this returned as payment in 04-00157 is on record as being paid in full.

Again payment in full was paid in case 03-00455 before payment in full for 04-00157.

If you could check this as suggested in this letter through Halawa accounts for inmates you will find the truth of this letter

Now please return my money that you are still collecting on 04-00157

Sincerely and respectfully Yours

August 20th 2007

Anthony Nisbet