United States District Court
For the District of Hawaii

— Notice — 10/6/07
re: Change of Address for
Civ No. 03-00455 (consolidated)
Civ No. 04-00157

Dear Court Clerk

(my new address is as follows)

RECEIVED
CLERK, U.S. DISTRICT COURT
OCT 15 2007
DISTRICT OF HAWAII

Legal Mail
Inmate Anthony Nesbit — A0701329
1250 E. Arica Rd.
Eloy, Arizona 85231

Note: this is my first chance to give notice I did not have access to my property until today so now I could send a letter to the Honorable Court.

Thank You
Sincerely

Anthony Nesbit
pro se

10/6/07

1250 E. Arica Rd
Eloy, Arizona 85231

Legal Mail

United States District Court
District of Hawaii
300 Ala Moana Blvd C-338
Honolulu, Hawaii
96850-0338