Anthony Nesbit #A070329
Saguaro Correctional Center
1250 E. Arica Rd.
Eloy, AZ 85231

Legal Mail

United States District Court
District of Hawaii
Honorable Barry Kurren
US District Judge
300 Ala Moana Blvd. C338
Honolulu, Hawaii
96850-0338

PHX P&DC AZ 850
28 January 2008

RECEIVED
CLERK U.S. DISTRICT COURT
FEB 04 2008
11:30 Am
DISTRICT OF HAWAII

Legal Mail