# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

February 8, 2008

Mr. Anthony Nesbit
AO701329
Saguaro Correction Center
1250 E Arica Rd
Elroy AZ 85231

In re:   Civil No. 03-455      Nesbit v Dept of Public Safety, etc., et al.
         Civil No. 04-157      Nesbit v HCF Dental Dept, etc., et al.

Dear Mr. Nesbit:

This letter is in response to your inquiry regarding the status of your filing fees in the above-entitled cases.

After checking our financial records and the 9th Circuit Court of Appeals:

Please be advised that in Civil No. 03-455 your filing fee of $150.00 has been paid in full. Your two appeal fees of $455.00 each, totalling $910.00 are still outstanding.

Please be advised that in Civil No. 04-157 your filing fee of $150.00 has been paid in full. Overpayments of $119.16 made by you in this case has been applied to the appeal fee of $255.00, leaving a balance of $135.84 still outstanding.

Sincerely,

Sue Beitia, Clerk

By  *Leimomi Calderon*
Leimomi Calderon,
Financial Administsator

cc:   Judge Susan Oki Mollway
      Ms. Denise Pennick