United States Court of Appeals for the Ninth Circuit
Record Transmittal Form

Date: August 8, 2008

To:   United States Court of Appeals     Attn: (✓)   Civil
      For the Ninth Circuit
      Office of the Clerk                      ( )   Criminal
      95 Seventh Street
      San Francisco, California 94103          ( )   Judge

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

DC No:        CV 04-00157SOM        Appeal No:    06-15549
Short Title:  Nesbit vs. HFC Dental Dept

Clerk's Files in    2            volumes  (✓) original  ( ) certified copy
Bulky docs          _____      volumes (folders)  docket #
Reporter's          _____      volumes  ( ) original  ( ) certified copy
Transcripts
Exhibits            _____      volumes  ( ) under seal
                    _____      boxes    ( ) under seal

Other:
-certified copy of docket sheet
-sealed document nos:

Acknowledgment: _____    Date: _____

cc: counsel